UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ,

              Plaintiff,

-v-

BRAD RAMBO & ASSOCIATES, INC.,

              Defendant.

CIVIL ACTION NO.: 21 Civ. 549 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

This action has been referred to the undersigned for general pretrial supervision. (ECF No. 5). The Complaint in this action was served on March 10, 2021, with Defendant's Answer due on Wednesday, March 31, 2021. (ECF No. 6). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday, April 19, 2021,** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, May 3, 2021**.

Dated:    New York, New York
            April 12, 2021

SO ORDERED

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**