UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ,

                Plaintiff,

-v-

BRAD RAMBO & ASSOCIATES, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 549 (PAE) (SLC)

**SECOND ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on March 10, 2021, with Defendant's Answer due on March 31, 2021. (ECF No. 6). No Answer having been filed on the docket, on April 12, 2021, the Court ordered Plaintiff to request a Certificate of Default from the Clerk of Court by April 19, 2021**,** and to file a Motion for Default Judgment by no later than May 3, 2021. (ECF No. 7). Plaintiff instead filed on April 20, 2021, a second affidavit of proof of service purporting to show that Defendant was served again, on April 9, 2021. (ECF No. 8).

No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Friday, July 2, 2021,** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Friday, July 9, 2021**.

Dated:      New York, New York
              June 25, 2021

                                                    SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**