UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

Plaintiff,

-v-

BRAD RAMBO & ASSOCIATES, INC.,

Defendant.

21 Civ. 549 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 21, 2021, plaintiff filed the complaint. Dkt. 1. On March 10, 2021 plaintiff served the defendant with process. Dkt. 6. The defendant has not responded to the complaint or otherwise appeared in this action. On July 1, 2021, plaintiff obtained a Clerk's Certificate of Default. Dkt. 12. On July 12, 2021, plaintiff filed a motion for default judgment against the defendant. Dkt. 13.

Plaintiffs papers in support of their motion are in good order. If the corporate defendant wishes to oppose the motion, its counsel shall enter a notice of appearance prior to August 16, 2021, and file an opposition on ECF, explaining why a default judgment is not warranted, by August 16, 2021.

Plaintiff is to serve this order, and the papers in support of plaintiff's motion for a default judgment on defendant forthwith and file proof of this service no later than July 21, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 14, 2021
New York, New York